COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Timothy H. Queen
Calcasieu Correctional Center DOC No. 54443
P. O. Box 2017
Lake Charles LA 70615

**REHEARING ACTION: April 27, 2016**

**Docket Number: 15   01163-KH**

**STATE OF LOUISIANA
VERSUS
TIMOTHY H. QUEEN**

**Writ Application from Calcasieu Parish Case No. 6736-VC-2009**

<u>**BEFORE JUDGES**</u>:

> **Hon. Jimmie C. Peters**
> **Hon. James T. Genovese**
> **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Timothy H. Queen** is:

> **REHEARING DENIED.**  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: John Foster DeRosier, Counsel for  the Respondent